STATE v. TEAT

No. 35 PC.

Case below: 24 N.C. App. 621.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1975.


PETITION TO REHEAR

TRUST CO. v. GILL, STATE TREASURER

No. 123 Fall Term 1974 and No. 131 Spring Term 1975.

Reported: 286 N.C. 342.

Petition by defendants to rehear allowed 15 April 1975.